■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT M. HAIRSTON, Appellant.— Motion granted to prosecute appeal on original papers, typed briefs, Richard F. Griffin assigned as attorney to conduct appeal and time for argument of appeal enlarged to include September 1960 Term.

■ STEPHEN E. FEDEROWITZ, Respondent, v. POTOMAC INSURANCE CO. et al., Appellants.— Respondent's motion to file and serve brief granted.

■ RALPH C. RESSLER, Respondent, v. HARTFORD ACCIDENT & INDEMNITY Co., Appellant.— Appeal dismissed unless printed records and appellant's briefs are filed and served on or before June 20, 1960. Respondent directed to file brief by August 15, 1960.

■ DONALD E. SMITH, Respondent, v. CONSOLIDATED FOODS CORP., Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before June 20, 1960. Respondent directed to file brief by August 15, 1960.

■ STANLEY E. KONIECZNY, Respondent, v. PEASE OIL COMPANY, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ ALSCO OF HAMBURG, INC., Respondent, v. MARY KELLY et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before June 1, 1960. Respondent directed to file brief by August 15, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. URAN MINING CORPORATION et al., Appellants.—Order for substitution of attorney entered. Motion to dismiss appeal denied, with leave to renew upon proper papers explaining in full the grounds upon which the motion is made. We are unable to understand the stated ground for dismissal that the order appealed from "is clear in its wording and application". If the motion is renewed, a copy of the notice of appeal and a legible copy of the order appealed from should be made a part of the moving papers.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT SANTANGELO, Appellant.— Appeal dismissed unless appellant's brief is filed and served on or before May 9, 1960. The case will be added to the Term Calendar for argument if respondent's brief is filed and served on or before May 10, 1960. (Order entered May 4, 1960.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE L. LEWIS et al., Appellants.— Motion to dismiss appeal denied, time for argument of appeal enlarged to include September 1960 Term on condition record and appellants' brief filed and served on or before June 20, 1960; respondent directed to file brief by August 15, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WILSON and EDWARD GOSSLING, Appellants.— Motion granted and time for argument of appeal enlarged to include September 1960 Term, on condition appellants' brief is filed and served on or before June 20, 1960; respondent directed to file brief by August 15, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE R. KRZYWOSZ, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before June 20, 1960; respondent directed to file brief by August 15, 1960.